UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE M. YOUNG,

                              Plaintiff,

             -v-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

20 Civ. 8976 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      In a separate Order, this case has been referred to one of the Court's Magistrate Judges for a Report and Recommendation. Magistrate Judges are judges selected by the District Judges to serve for terms of eight years. Magistrate Judges are highly qualified and very experienced.

      You have an option to agree to having the Magistrate Judge to whom your case has been referred—Magistrate Judge Fox—decide your case instead of recommending a decision to the District Court Judge, who would then review the Report and Recommendation and address any objections to it.

      If you consent to having the Magistrate Judge decide your case, the Magistrate Judge replaces the District Judge, thereby speeding up the resolution of the case (because only one judge instead of two will be involved in your case). Any appeal from a Magistrate Judge's decision following consent is directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken. If you do not consent to having the Magistrate Judge decide your case, then the Magistrate Judge will issue a Report and Recommendation and the District Judge will consider any objections either party has to the Report and Recommendation before a final judgment is entered in your case.

1

Both you and the Commissioner of Social Security must consent in order for the Magistrate Judge to decide your case. If you do not consent, there will be no adverse consequences. If you wish to consent, please sign the enclosed form and mail or hand deliver it to Lisa Ahearn, Civil Clerk's Office, Office of the United States Attorney for the Southern District of New York, 86 Chambers Street - Third Floor, New York, New York 10007. The United States Attorney's Office will arrange to have the consent form signed by the District Judge.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 28, 2020
       New York, New York

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>) Civil Action No.<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____     _____
                                                                                                          *District Judge's signature*

                                                                                              _____
                                                                                                          *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.