UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLENE M. YOUNG,

        Plaintiff,

        -against-                      ORDER

                      20-CV-8976 (PAE)(KNF)

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Administrative Record was filed with the Clerk of Court on May 28, 2021. Based on the order appearing at Docket Entry No. 4, the defendant's motion for judgment on the pleadings was due within 60 days, May 28, 2021. The docket sheet does not reflect that the defendant filed the motion. Therefore, on or before August 6, 2021, the parties shall advise the Court of the status of this action. **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York              SO ORDERED:
       July 30, 2021

                                                            _/s/ Kevin Nathaniel Fox_
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE