UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLENE M. YOUNG,
: 
       Plaintiff,
:         ORDER
    -against-
:        20-CV-8976 (PAE)(KNF)

COMMISSIONER OF SOCIAL SECURITY,  :

       Defendant.       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant filed with the Clerk of Court on September 2, 2021, a motion for judgment on the pleadings. Based on the order appearing at Docket Entry No. 4, the plaintiff's response to the defendant's motion for judgment on the pleadings was due within 60 days, November 1, 2021. The docket sheet does not reflect that the plaintiff filed her response the motion. Therefore, on or before December 14, 2021, the parties shall advise the Court, in writing, of the status of this action.

Dated: New York, New York        SO ORDERED:
       December 10, 2021

                                                 *Kevin Nathaniel Fox*
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE