**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLENE M.Y.,

                      Plaintiff,

    -against-                                    20 **CIVIL** 8976 (PAE)(GRJ)

                                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2022, M.Y.'s motion for judgment on the pleadings is granted, and the case is remanded for further administrative proceedings; accordingly, the case is closed.

**Dated:**  New York, New York

       March 3, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                        **BY:**    *K. Mango*

                                                                     **Deputy Clerk**